**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

LAUREN FOUDA, the next friend of two minor children, E.X. and P.X.

*Petitioners*,

v.

ANGIE SALAZAR, Acting Director of the Office of Refugee Resettlement, in her official capacity;

ROBERT F. KENNEDY, JR., Secretary of Health and Human Services, in his official capacity;

MARKWAYNE MULLIN, Secretary of Homeland Security, in his official capacity;

MARIANA VALDEZ, Federal Field Specialist at the Office of Refugee Resettlement, in her official capacity;

MAGDALIA VENTURA, Federal Field Specialist at the Office of Refugee Resettlement, in her official capacity;

JUSTINE CHRISTAKOS, President and Chief Executive Officer of Abbott House, in her official capacity;

Rosalyn Vasquez, Transitional Foster Care Program Director at Abbott House, in her official capacity,

*Respondents*.

**Case no. 26-6559**

**PROPOSED ORDER TO SHOW CAUSE**

Case 1:26-cv-06559-AS Document 6 Filed 07/31/26 Page 2 of 2

Upon consideration of Petitioner's Application for Issuance of Order to Show Cause pursuant to 28 U.S.C. § 2243 and Petitioner's Emergency Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED that:

1. Respondents shall file a return on the Order to Show Cause why the Emergency Petition for Writ of Habeas Corpus should not be granted by August 5, 2026;

2. Petitioner shall have an opportunity to file a reply by August 7, 2026;

3. This matter shall be heard by this Court on August 12, 2026 at 2:00 pm Petitioners should be produced for this hearing.

4. Respondents shall keep Petitioner in this District pending these proceedings;

5. Respondents must permit Petitioner to contact his attorneys and vice versa throughout these proceedings;

6. Respondents are required to disclose the location of Petitioner to his attorneys at all times during these proceedings;

7. Respondents are enjoined from removing Petitioner from the United States pending these proceedings;

8. Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of New York by 7 p.m. on July 31, 2026 and shall constitute good and sufficient service.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE