UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lauren Fouda, next friend of E.X. and P.X., minor children,

Petitioners,

-against-

Angie Salazar et al.,

Respondents.

26-CV-6559 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of the habeas corpus petition. Dkt. 1. The petition is partially granted as follows:

> Respondents are enjoined from transferring petitioner to any location outside the Southern District of New York, the Eastern District of New York, or the District of New Jersey absent this Court's prior approval.

Respondents are ordered to file their response to the pending petition for habeas corpus by **August 7, 2026 at 5:00 PM**. That briefing should address the basis for detention and respond to counts in the petition.

The Clerk of Court is respectfully directed to send a copy of this order to Jeffrey.Oestericher@usdoj.gov.

SO ORDERED.

Dated: July 31, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge