**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 3, 2026

**VIA ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Fouda ex rel. E.X. and P.X v. Salazar et al.*, 26 Civ. 6559 (AS)**

Dear Judge Subramanian:

This Office represents Respondents (the "Government") in this habeas petition brought by Lauren Fouda, next friend of E.X. and P.X., minor children ("Petitioners"). On July 31, 2026, this Court issued two orders, one directing the Government to respond to the Petition by August 5, and the other directing the Government to respond by August 7 at 5:00 p.m. ECF Nos. 6, 7.

I write respectfully to request that the Court clarify the Government's deadline to file its response, and, if needed, to also request that the Government's opposition to the Petition be due on August 7 at 5:00 p.m., with Petitioner's response due on August 11, at 5:00 p.m. I make this request because this Office needs additional time to obtain information from the Office of Refugee Resettlement ("ORR"), and such information is needed for this Office to determine how to respond to the Petition. This is the government's first request for an extension or adjournment in this case, and Petitioner's counsel consents to this request and proposed briefing schedule.

The Government thanks the Court for its consideration of this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: */s/ Erica Silverman*
ERICA SILVERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2696
Email: erica.silverman@usdoj.gov

cc: Counsel of Record (via ECF)

The Court's July 31, 2026 Order at Dkt. 7 was filed in error and is VACATED. The Court's Order at Dkt. 6 remains in effect.

That said, the government's unopposed extension request is GRANTED. The government's opposition is due by **August 7, 2026 at 5:00 PM** and petitioner's reply is due by **August 11, 2026 at 5:00 PM.**

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 11.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 3, 2026