UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lauren Fouda, next friend of E.X. and P.X.,
minor children,

                    Plaintiff,

          -against-

Angie Salazar et al.,

                    Defendants.

26-CV-6559 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The hearing on **Wednesday, August 12, 2026 at 2:00 PM** will be held in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: August 7, 2026
         New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge