UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lauren Fouda, next friend of E.X. and P.X.,
minor children,

Petitioners,

-against-

Angie Salazar et al.,

Respondents.

26-CV-6559 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court has reviewed the government's response to the petition.

1. If ORR has not completed its review of the sponsor application by the time of the hearing on August 12, 2026, then the principal decisionmaker with respect to the application (the "buck stops here" person) should personally attend the hearing.

2. Petitioners in their reply should address whether they agree or disagree with the Government's argument that the suitable custodian requirements of 8 U.S.C. § 1232 apply even if a child's parent is the sponsor, is in the United States, and is "available"—in the sense of being able and willing—to provide care and custody. 6 U.S.C. § 279(g)(2). The Government relies on *D.B. v. Cardall*, 826 F.3d 721, 734 (4th Cir. 2016), so if there are cases either reaching the same outcome or pointing in the opposite direction, petitioners should address them.

SO ORDERED.

Dated: August 9, 2026
       New York, New York

ARUN SUBRAMANIAN
United States District Judge