**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 11, 2026

**VIA ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Fouda ex rel. E.X. and P.X v. Salazar et al.*, 26 Civ. 6559 (AS)**

Dear Judge Subramanian:

This Office represents Respondents (the "Government") in this habeas petition brought by Lauren Fouda, next friend of E.X. and P.X., who are minors ("Petitioners"). On August 10, this Court issued an order directing that "[i]f ORR has not completed its review of the sponsor application by the time of the hearing on August 12, 2026, then the principal decisionmaker with respect to the application (the "buck stops here" person) should personally attend the hearing." ECF No. 18.

I write respectfully to request that the Court allow the relevant witness, the Office of Refugee Resettlement ("ORR") Assistant Principal Deputy Director, to appear virtually. I make this request because this witness is located in Washington, D.C. and will have difficulty traveling here for an in-person appearance on relatively short notice. Petitioner's counsel respectfully does not consent to this request.

The Government thanks the Court for its consideration of this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: */s/ Erica Silverman*
ERICA SILVERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2696
Email: erica.silverman@usdoj.gov

cc: Counsel of Record (via ECF)

While the Court appreciates the difficulty of making the trip, in most proceedings, the Court requires attendance in person. If there is an exceptional circumstance presented the Court will allow remote appearance, but none has been cited here (and remote appearances often bring with them a host of logistical difficulties given the technology available in our courtrooms). But in-person appearance has its benefits. This often provides the greatest opportunity for the parties to actually talk to make sure everyone is on the same page as to the issues in the case, which is a lot harder when some individuals are appearing remotely. So with the Court's great appreciation for the individual's in-person appearance, the request is denied.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 19.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 11, 2026