UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lauren Fouda, next friend of E.X. and P.X.,
minor children,

                              Plaintiff,

              -against-

Angie Salazar et al.,

                              Defendants.

26-CV-6559 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed on the record at today's remote conference, respondents shall carry out the safe transfer of petitioners to their mother at the Abbott House where they currently reside, **on August 12, 2026, at or around 5:00 PM**.

The in-person hearing previously scheduled for August 12, 2026, at 2:00 PM is hereby canceled.


SO ORDERED.

Dated: August 12, 2026
       New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge