UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lauren Fouda, next friend of E.X. and P.X., minor children,

Plaintiff,

-against-

Angie Salazar et al.,

Defendants.

26-CV-6559 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to enter judgment for the petitioners and close this case.

SO ORDERED.

Dated: October 28, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge