UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN FOUDA, NEXT FRIEND OF E.X. AND P.X., MINOR CHILDREN.,

Petitioners,

-against-

ANGIE SALAZAR ET AL.,

Respondents.

26 CIVIL 06559 (AS)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That as per the Court's Order dated October 28, 2026, Judgment is entered for the Petitioners, and the case is closed.

**Dated:** New York, New York
October 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**